# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Wells Fargo Bank, N.A.

CASE NO. C-06-0524-JCS

Plaintiff(s),

v.

Jerry C. Apodaca, et al.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  other requested deadline _____

Dated: 4/14/06

_____
Attorney for Plaintiff

Dated: 4/14/06

_____
Attorney for Defendant

Case 3:06-cv-00524-SC Document 15 Filed 04/14/2006 Page 2 of 3
Case 3:06-cv-00524-JCS Document 14 Filed 04/18/2006 Page 2 of 3
04/14/2006 13:28    4153916493                                    PAGE 03

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
✓     Mediation
      Private ADR

Deadline for ADR session
✓     90 days from the date of this order.
      other

IT IS SO ORDERED.

Dated: __April 17, 2006__.

                                         JOSEPH C. SPERO
                                         UNITED STATES MAGISTRATE JUDGE

|    |    |
|----|----|
| 1  | **PROOF OF SERVICE** |
| 2  | I am over 18 years of age, not a party to this action and employed in the County |
| 3  | of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111- |
| 4  | 4067. I am readily familiar with the practice of this office for collection and processing of |
| 5  | correspondence for mailing with the United States Postal Service and correspondence is |
| 6  | deposited with the United States Postal Service that same day in the ordinary course of business. |
| 7  | Today I served the attached: |
| 8  | **STIPULATION AND [PROPOSED] ORDER SELLING ADR PROCESS** |
| 9  | |
| 10 | by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as follows: |
| 11 | |
| 12 | Kenneth C. Webster |
| 13 | Commins Templeton & Webster, P.C. |
| 14 | 400 Montgomery Street Suite 200 |
| 15 | San Francisco, CA 94104 |
| 16 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 14, 2006. |
| 17 | |
| 18 | By: /s/Arlene Gardner |
| 19 | Arlene Gardner |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

1

PROOF OF SERVICE
(No. C-06-0524 JCS)

SF/21665418.1