# COMMINS TEMPLETON & WEBSTER

PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

400 MONTGOMERY STREET, SUITE 200, SAN FRANCISCO 94104
TEL (415) 391-6490 FAX (415) 391-6493 www.commins.com

April 26, 2006

**Via Electronic Filing**

Honorable Joseph C. Spero
Courtroom A, 15th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Wells Fargo Bank, N.A. v. Jerry C. Apodaca, et al.
             Case Number C 06-00524 JCS

Dear Judge Spero:

    I request to appear via telephone on behalf of Defendants and Cross-Claimants Mallory P. Hill and Coventry Capital Management Limited at the Case Management Conference set for May 5, 2006.

                        Very truly yours,

                        Allison C. Templeton

ACT:alm
cc: Geoffrey M. Howard, Esq.
    (Via Facsimile and U.S. Mail)

                        IT IS SO ORDERED
                        _____
                        Joseph C. Spero, Magistrate Judge

                        __April 26, 2006_____
                        Date