# BINGHAM McCUTCHEN

David Fallek
Direct Phone: (415) 393-2434
Direct Fax:   (415) 393-2286
david.fallek@bingham.com

April 26, 2006

The Honorable Joseph C. Spero
Courtroom A, 15th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: Wells Fargo Bank, N.A. v. Jerry C. Apodaca, et al., No. C 06-
     00524 JCS**

Dear Judge Spero:

I request to appear via telephone on behalf of Plaintiff Wells Fargo Bank, N.A. at the
Case Management Conference set for May 5, 2006 at 1:30 p.m.

Very truly yours,

David Fallek

cc:    Kenneth Webster, Esq.

IT IS SO ORDERED

_____
Joseph C. Spero, Magistrate Judge

_____April 27, 2006_____
Date