**BINGHAM McCUTCHEN**

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111

415.393.2000
415.393.2286 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

Sivan Gai
Direct Phone: 415-393-2379
Direct Fax: (415) 393-2286
sivan.gai@bingham.com

July 17, 2006

The Honorable Joseph C. Spero
Courtroom A, 15th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: **Wells Fargo Bank, N.A. v. Jerry C. Apodaca, et al., No. C 06-00524 JCS**

Dear Judge Spero:

I request to appear via telephone on behalf of Plaintiff Wells Fargo Bank, N.A. at the Case Management Conference set for July 21, 2006 at 1:30 p.m.

Sincerely yours,

Sivan Gai

cc: Kenneth Webster, Esq.

IT IS SO ORDERED

_____
Magistrate Judge Joseph C. Spero

7/19/06
_____
Date