# COMMINS TEMPLETON & WEBSTER
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

400 MONTGOMERY STREET, SUITE 200, SAN FRANCISCO 94104
TEL (415) 391-6490 FAX (415) 391-6493 www.commins.com

October 13, 2006

**Via Electronic Filing**

Honorable Joseph C. Spero
Courtroom A, 15th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    <u>Wells Fargo Bank, N.A. v. Jerry C. Apodaca, et al.</u>
              Case Number C 06-00524 JCS

Dear Judge Spero:

    I request to appear via telephone on behalf of Defendants and Cross-Claimants Mallory P. Hill and Coventry Capital Management Limited at the Case Management Conference set on October 20, 2006 at 1:30 p.m.

                      Very truly yours,

                      /Kenneth C. Webster/

                      Kenneth C. Webster

KCW:scc

IT IS SO ORDERED
_____
Joseph C. Spero, M
10/18/06
Date