1   David H.S. Commins (CSBN 124205)
    Kenneth C. Webster  (CSBN 179058)
2   COMMINS TEMPLETON & WEBSTER, P.C.
    400 Montgomery Street, Suite 200
3   San Francisco, CA 94104
    Tel (415) 391-6490
4   Fax (415) 391-6493
    Attorneys for Defendants and Cross-Claimants
5   Mallory P. Hill and Coventry Capital Management Limited

6   Geoffrey M. Howard (CSBN 157468)
    Sivan Gai (CSBN 224152)
7   BINGHAM McCUTCHEN LLP
    Three Embarcadero Center
8   San Francisco, CA 94111-4067
    Tel (415) 393-2000
9   Fax (415) 393-2286
    Attorneys for Plaintiff
10  Wells Fargo Bank, N.A.

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13  WELLS FARGO BANK, N.A.,                    | No. C 06-00524 JCS

14                         Plaintiff,          | STIPULATION AND [PROPOSED] ORDER

15          vs.

16  JERRY C. APODACA, an individual,
    COVENTRY CAPITAL, LTD., a Grand
17  Cayman Island LTD., MALLORY P. HILL, an
    individual, and COVENTRY CAPITAL
18  MANAGEMENT LIMITED, a Nevis
    corporation,
19
                           Defendants,
20
    _____

21  MALLORY P. HILL, an individual, and
    COVENTRY CAPITAL MANAGEMENT
22  LIMITED, a Nevis corporation,

23                         Cross-Claimants,

24          vs.

25  JERRY C. APODACA, an individual, and
    COVENTRY CAPITAL, LTD., a Grand
26  Cayman Island LTD.,

27                         Cross-Defendants.
    _____

28  SF/21686622.5/3004332-0000318044                    1

─────────────────────────────────────────────

                    STIPULATION AND [PROPOSED] ORDER

1              Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Defendants and Cross-

2    Claimants Mallory P. Hill and Coventry Capital Management Limited (collectively "Hill

3    Defendants") **STIPULATE AND AGREE** as follows:

4              1.      Oracle Corporation ("Oracle"), Global Logistics Technologies, Inc. ("G-

5    Log") and others entered into an Agreement and Plan of Merger, dated September 19, 2005

6    ("Merger Agreement"), under which G-Log became a wholly-owned subsidiary of Oracle.  The

7    Merger Agreement provides that G-Log shareholders have the right to receive cash in exchange

8    for their shares in G-Log in the amounts and on the terms and subject to the conditions set forth

9    in the Merger Agreement ("Closing Payment").

10             2.      G-Log's records identify an entity named Coventry Capital as a G-Log

11   shareholder to whom a portion of the Closing Payment is due.  Those records state Coventry

12   Capital holds 727,822 shares of G-Log Series E preferred stock ("Coventry Capital Shares").  As

13   of November 2, 2005, the Closing Payment attributable to the Coventry Capital Shares totaled

14   $1,823,988.69 ("Coventry Capital Closing Payment").

15             3.      Oracle appointed Wells Fargo the Custody and Exchange Agent to

16   disburse the Closing Payment to the G-Log shareholders and placed all of the Closing Payment

17   into a custody account with Wells Fargo to allow Wells Fargo to distribute the Closing Payment

18   to the G-Log shareholders, including Coventry Capital.  Wells Fargo has no interest in the

19   Coventry Capital Shares or the Coventry Capital Closing Payment.

20             4.      In the process of attempting to distribute the Coventry Capital Closing

21   Payment, Wells Fargo encountered competing claims to it.  Jerry C. Apodaca ("Apodaca")

22   claimed the Coventry Capital Shares belonged to defendant Coventry Capital Ltd. ("Coventry

23   Capital Cayman"), an entity Apodaca claimed to control (collectively, the "Apodaca

24   Defendants").  Mallory P. Hill ("Hill") claimed the Coventry Capital Shares belonged to

25   defendant Coventry Capital Management Limited ("Coventry Capital Nevis"), an entity Hill

26   claimed to control.

27

28   SF/21686622.5/3004332-0000318044               2

STIPULATION AND [~~PROPOSED~~] ORDER

1          5.      On January 27, 2006, unable to determine the rightful owner of the

2    Coventry Capital Shares entitled to the Coventry Capital Closing Payment, Wells Fargo filed this

3    action for Interpleader (the "Interpleader Complaint") and deposited the Coventry Capital

4    Closing Payment with the Court.

5          6.      Apodaca and Hill were previously involved in at least two other cases in

6    the Northern District of California in which they submitted competing claims for G-Log shares.

7    Apodaca Investment Offshore (Cayman), Ltd. v. Jerry C. Apodaca, et al., No. C-02-1419 JCS

8    (N.D. Cal.) (in which the Final Judgment orders Apodaca Investment Partners, L.P. to transfer

9    certain G-Log shares to Hill); Drax Holdings, L.P. v. Jerry C. Apodaca, et al., No. C-02-2338

10   JCS (N.D. Cal.) (first ordering appointment of a receiver to take possession of Apodaca

11   Investment Partners, L.P.'s assets and later ordering release of the receiver and referencing a

12   settlement between the parties).  Because of these prior cases, both of which had been assigned

13   to Judge Spero, Wells Fargo filed a Notice of Related Case in connection with the Interpleader

14   Complaint.  Judge Spero subsequently ordered the Interpleader Complaint reassigned to him.

15         7.      On February 21, 2006, the Hill Defendants answered the Interpleader

16   Complaint and cross-claimed against the Apodaca Defendants.

17         8.      Over the course of several months, Wells Fargo unsuccessfully attempted

18   to effect service of the Interpleader Complaint upon the Apodaca Defendants but did

19   communicate with Apodaca and his designated representative by telephone and email.  On May

20   3, 2006, Apodaca sent a letter to the Court stating he wanted "nothing to do with" this action.

21   The Apodaca Defendants have never appeared in this action.

22         9.      In an effort to conclude the litigation efficiently, Wells Fargo pursued and

23   signed a stipulation with the Apodaca Defendants (the "Apodaca Stipulation"), which Wells

24   Fargo filed on September 22, 2006.  The Apodaca Stipulation is attached to this Stipulation and

25   Proposed Order as Exhibit A, and incorporated here by this reference.

26         10.     As reflected in the Apodaca Stipulation and pursuant to this further

27   stipulation between Wells Fargo and the Hill Defendants, all parties (Wells Fargo, the Apodaca

28   SF/21686622.5/3004332-0000318044                3

1  Defendants, and the Hill Defendants) agree that the Court may enter judgment on the

2  Interpleader Complaint as follows:

3                      a.       The Coventry Capital Closing Payment is due and payable to Hill

4  and Coventry Capital Nevis;

5                      b.       Wells Fargo is discharged from any and all liability arising out of

6  either the Apodaca Defendants' or the Hill Defendants' claims to the Coventry Capital

7  Shares and the Coventry Capital Closing Payment.

8                      c.       The Apodaca Defendants and the Hill Defendants will not take any

9  action against Wells Fargo, Oracle or G-Log in connection with the Coventry Capital

10  Shares or the Coventry Capital Closing Payment without further Order of the Court.

11                      d.       Wells Fargo, on the one hand, and the Apodaca Defendants on the

12  other hand, release each other from any and all liability relating to the Coventry Capital

13  Shares and the Coventry Capital Closing Payment, including costs and attorney's fees

14  they may have incurred in this action.

15                      e.       Wells Fargo and the Apodaca Defendants are dismissed from the

16  Interpleader Complaint.

17          11.     Wells Fargo and the Hill Defendants separately agree that the Court may

18  enter judgment on the Interpleader Complaint as follows:

19                      a.       The Court clerk shall disperse $80,984 of the interpleaded funds to

20  Wells Fargo as reimbursement for its reasonable attorney's fees and costs in connection

21  with the Interpleader Complaint, check delivered to Bingham McCutchen, attention

22  Geoff Howard, Three Embarcadero Center, San Francisco, CA 94111.  The remainder of

23  the interpleaded funds shall be dispersed to: "Commins Templeton & Webster, P.C.

24  Trustees for Mallory P. Hill," check delivered to 400 Montgomery Street, Suite 200, San

25  Francisco, CA 94104.

26                      b.       Wells Fargo, on the one hand, and the Hill Defendants on the other

27  hand, release each other from any and all liability relating to the Coventry Capital Shares

28  SF/21686622.5/3004332-0000318044                    4

STIPULATION AND [PROPOSED] ORDER

1   and the Coventry Capital Closing, including, except as provided in paragraph 11.a.,

2   above, any costs and attorney's fees they may have incurred in this action.

3       c.      Wells Fargo and the Hill Defendants are dismissed from the

4   Interpleader Complaint.

5

6       The Court hereby finds and declares that the above stipulation reflects the

7   agreements reached between all parties and adopts the provisions of paragraphs 10 (a)-(f) and

8   11 (a)-(c) as the ORDER of this Court.  The Interpleader Complaint shall be dismissed with

9   prejudice as to all parties.  **IT IS SO ORDERED.**

10          DATED:  November _7_, 2006.

11      _____

12      United _____
        Northern District of California

13

14

15          DATED:  November 6, 2006.     COMMINS TEMPLETON & WEBSTER
                                          Professional Corporation
16

17                                        By:___/Kenneth C. Webster, Esq./_____
                                              Kenneth C. Webster
18                                            Attorneys for Defendants
                                              and Cross-Claimants
19                                            Mallory P. Hill and
                                              Coventry Capital
20
            DATED:  November 6, 2006.     BINGHAM McCUTCHEN LLP
21

22                                        By:___/Sivan Gai, Esq./_____

23
                                              Sivan Gai
24                                            Attorneys for Plaintiff
                                              Wells Fargo Bank, N.A.
25

26

27

28  SF/21686622.5/3004332-0000318044              5

STIPULATION AND [~~PROPOSED~~] ORDER